Decisions on Petitions for Writs of Certiorari.

No. 631. UNITED STATES *v.* GUGGENHEIM SMELTING COMPANY. Third Circuit. Denied April 21, 1902. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Assistant Attorney General Hoyt* for the petitioner. *Mr. Paul Fuller* opposing.

---

No. 627. HUBBERT *v.* CAMPBELLSVILLE LUMBER COMPANY. Sixth Circuit. Granted April 21, 1902. *Mr. W. O. Harris* for the petitioner. *Mr. Ernest Macpherson* opposing.

---

No. 635. LOUISVILLE AND NASHVILLE RAILROAD COMPANY *v.* ELLISON. Sixth Circuit. Denied April 28, 1902. *Mr. Henry H. Ingersoll* and *Mr. H. W. Bruce* for the petitioner.

---

No. 647. SANSOM, ADMINISTRATOR, *v.* SOUTHERN RAILWAY COMPANY. Sixth Circuit. Denied April 28, 1902. *Mr. Heber J. May, Mr. Edward T. Sanford* and *Mr. Tully R. Cormick* for the petitioner. *Mr. Fairfax Harrison, Mr. W. A. Henderson* and *Mr. Leon Jourolmon* opposing.

---

No. 673. COLUMBIAN EQUIPMENT COMPANY *v.* MERCANTILE TRUST AND DEPOSIT COMPANY. Fifth Circuit. Denied May 19, 1902. *Mr. Henry D. Hotchkiss* for the petitioner. *Mr. Archibald H. Taylor* and *Mr. E. P. Keech, Jr.,* opposing.

---

No. 666. DOWNS *v.* UNITED STATES. Fourth Circuit. Granted May 19, 1902. *Mr. Ernest A. Bigelow* for the petitioner. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

---

No. 676. ADAM *v.* NEW YORK LIFE INSURANCE COMPANY. Fifth Circuit. Denied June 2, 1902. *Mr. Charles A. Culberson* for the petitioner.